1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TONG MOUA,                                Case No.: 1:22-cv-00948-SKO (HC)

12               Petitioner,                  ORDER GRANTING RESPONDENT'S
                                              FIRST REQUEST FOR EXTENSION OF
13        v.                                  TIME

14  WARDEN, USP-ATWATER,                      [Doc. 6]

15               Respondent.                  [DEADLINE: October 18, 2022]

16

17        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

18  pursuant to 28 U.S.C. § 2241.  On October 3, 2022, Respondent filed a request for an extension of

19  time to file a response to the petition. (Doc. 6.) Good cause having been presented and good cause

20  appearing therefor, Respondent is GRANTED an extension of time to and including October 18,

21  2022, to file a responsive pleading.

22

23  IT IS SO ORDERED.

24  Dated:   **October 4, 2022**              _/s/ Sheila K. Oberto_
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                              1